UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
In the Matter of: :
   Court Operations Pending the :    ORDER
   Restoration of Funding :    M10-468
:
------------------------------------x

LAURA TAYLOR SWAIN, Chief Judge:

    Due to the lapse of federal funding for certain functions of the United States of America which occurred at midnight on October 1, 2025, and the corresponding impact on court operations,

    IT IS HEREBY ORDERED that all Courthouses within the Southern District of New York, including Bankruptcy Court, shall have LIMITED OPERATIONS on each Friday until further notice.  The Court will maintain the capability to address emergency matters that arise on Fridays.

    IT IS FURTHER ORDERED that the Courthouses will be closed to the public and press on Fridays until further notice except for proceedings and activities necessary to fulfill the Court's constitutional obligations.  The specific proceedings and services available on Fridays are set forth in the "Notice Regarding Court Operations," which is posted on the Court's website at https://www.nysd.uscourts.gov/shutdown-operations and may be updated as operations requirements change.  Parties and counsel are directed to check the Court's website regularly for updates to the Notice Regarding Court Operations.

    IT IS FURTHER ORDERED that all deadlines that fall on a Friday are not impacted and will not be automatically extended.  Electronic filings through CM/ECF will remain available.  Paper filings may be deposited in the Court's secure drop box located at 500 Pearl Street.  All filings deposited in the drop box on Fridays will be deemed filed as of that Friday's date.

2

IT IS FURTHER ORDERED that appearances currently scheduled for a Friday will proceed as scheduled unless the judge presiding over the case issues an order of adjournment.

SO ORDERED.

_____
Laura Taylor Swain
Chief Judge

DATED:   New York, New York
         November 10, 2025